1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   BERTHA FONSECA,                          )   Case No.: 1:21-cv-1540 JLT
                                              )
12            Plaintiff,                      )   ORDER DIRECTING PLAINTIFF TO FILE AN
                                              )   AMENDED MOTION TO PROCEED IN FORMA
13       v.                                   )   PAUPERIS
                                              )
14   KILOLO KIJAKAZI,                         )
     Acting Commissioner of Social Security,  )
15                                            )
              Defendant.                      )
16                                            )

17          Bertha Fonseca seeks to proceed *in forma pauperis* in this action for judicial review of the

18   administrative decision denying an pplication for Social Security benefits.  (Doc. 2.)  The Court may

19   authorize the commencement of an action without prepayment of fees "by a person who submits an

20   affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable

21   to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  Plaintiff completed an application and

22   affidavit on October 18, 2021.  (Doc. 2)  However, the information provided is insufficient to determine

23   whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

24          In the application, Plaintiff reports that she has no income and has $5.00 in a checking or

25   savings account.  (Doc. 2 at 1-2.)  However, Plaintiff reports her husband's income is $2,240 every two

26   weeks. (*Id.* at 2.)  In addition, she indicates they have a monthly mortgage payment of $1,209.  (*Id.*)

27   Thus, the only identified monthly expense is less than half of her husband's reported income, and the

28   scarce information provided related to the familial income and expenses does not support the

                                                    1

conclusion that Plaintiff is unable to provide for herself and her family with life's necessities while still paying the Court costs.

Therefore, Plaintiff is **ORDERED** to file, within twenty-one days of this order, an application that includes additional information regarding her monthly expenses. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   __**October 21, 2021**__            _____ **/s/ Jennifer L. Thurston**
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

2