# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA FONSECA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-01540-BAK<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 13)<br><br>FIVE DAY DEADLINE |

On October 18, 2021, Plaintiff Bertha Fonseca filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for benefits pursuant to the Social Security Act. (ECF No. 1.) On March 2, 2022, the Court advised the parties of the lifting of the stay in this action, and ordered Plaintiff to file an opening brief within forty-five (45) days of service of the March 2, 2022 order. (ECF No. 13.) Accordingly, the deadline for Plaintiff to file an opening brief on their motion for summary judgment, extended due to the initial date expiring on a weekend date, expired on April 18, 2022. Plaintiff has neither filed a brief nor requested a further extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate,

1

1  including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir.
2  2000).

3      Accordingly, IT IS HEREBY ORDERED that Plaintiff SHALL SHOW CAUSE IN
4  WRITING why this action should not be dismissed for failure to prosecute within **five (5) days**
5  of the date of service of this order.

7  IT IS SO ORDERED.

8  Dated:   **April 19, 2022**

                                          UNITED STATES MAGISTRATE JUDGE

2