# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA FONSECA,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:21-cv-01540-BAK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Plaintiff Bertha Fonseca filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying their application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On March 1, 2022, the Commissioner filed a notice of lodging the administrative transcript. (ECF No. 12.) On March 2, 2022, the Court issued an order advising the parties of the lifting of the stay and amending the scheduling order. (ECF No. 13.) Pursuant to the amended scheduling order, Plaintiff's opening brief was due on April 18, 2022. Plaintiff did not timely file an opening brief. On April 19, 2022, the Court issued an order to show cause in writing why this action should not be dismissed for failure to prosecute. (ECF No. 14.)

On April 25, 2022, Plaintiff filed a response to the order to show cause. (ECF No. 15.) Counsel for Plaintiff proffers the failure to timely file the opening brief was due to counsel's

failure to properly confirm and save the filing deadline to electronic office calendars. Counsel apologizes to the Court for his oversight and requests the Court construe this negligence as excusable neglect. Counsel further proffers that he is still attempting to return to full time work after undergoing major surgery on March 17, 2022, and requests the Court grant Plaintiff a 45-day extension of time to file the opening brief. Having reviewed the response, the Court shall discharge the order to show cause and grant Plaintiff's requested relief.

Accordingly, IT IS HEREBY ORDERED that the Court's April 19, 2022 order to show cause (ECF No. 14) is DISCHARGED. Plaintiff's opening brief is due **June 10, 2022**. The remaining filing deadlines set forth in the Court's March 2, 2022 amended scheduling order are continued accordingly.

IT IS SO ORDERED.

Dated:   **April 26, 2022**

UNITED STATES MAGISTRATE JUDGE